John W. Stickels, Esq., Stickels & Associates, P.C., Arlington, TX, for Defendant–Appellant.

Before KING, DeMOSS, and GRAVES, Circuit Judges.

PER CURIAM: *

After pleading guilty, pursuant to a written plea agreement, to distribution of heroin, Mexican national Maria Jesus Gonzalez was sentenced to 168 months of imprisonment, followed by a three-year term of supervised release. For the first time on appeal, she contends that the district court erred in ordering her to serve a term of supervised release given that she is a deportable alien. She complains that the court failed to make any findings that supervised release was necessary for deterrence or protection, as required by U.S.S.G. § 5D1.1(c).

We review this newly raised argument for plain error only. *See United States v. Dominguez–Alvarado*, 695 F.3d 324, 328 (5th Cir.2012). Gonzalez has failed to show any error, plain or otherwise, in connection with her sentence of supervised release. Section 5D1.1(c) does not apply where the term of supervised release is required by statute. In the instant case, the district court was required by statute to impose a three-year term of supervised release as a result of Gonzalez's conviction for distribution of heroin. *See* 21 U.S.C. § 841(b)(1)(C). Accordingly, the district court's judgment is AFFIRMED.

**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Yolanda Gonzalez PEREZ,
Defendant–Appellant.**

**No. 12–11136
Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Oct. 25, 2013.

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

---

Jason Douglas Hawkins, Federal Public Defender, Federal Public Defender's, Office Dallas, TX, William Reynolds Biggs, Assistant Federal Public Defender, Federal Public Defender's Office, Fort Worth, TX, for Defendant–Appellant.

Before JOLLY, JONES, and HIGGINSON, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Yolanda Gonzalez Perez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Perez has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.